**EXHIBIT J to NOTICE OF REMOVAL**

1  FRED W. ALVAREZ, State Bar No. 68115
   ALLISON B. MOSER, State Bar No. 223065
2  JONES DAY
   Silicon Valley Office
3  1755 Embarcadero Rd.
   Palo Alto, CA 94303
4  Telephone: (650) 739-3939
   Facsimile: (650) 739-3900
5  Email: falvarez@jonesday.com
   Email: amoser@jonesday.com
6
   TROY A. VALDEZ, State Bar No. 191478
7  ERIN M. DOYLE, State Bar No. 233113
   VALDEZ TODD & DOYLE LLP
8  1901 Harrison Street, Suite 1450
   Oakland, California 94612
9  Telephone: (415) 202-5950
   Facsimile: (415) 202-5951
10 Email: tvaldez@vtdlaw.com
   Email: edoyle@vtdlaw.com
11
   Attorneys for Defendant
12 COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

13

14              SUPERIOR COURT OF THE STATE OF CALFORNIA

15                 IN AND FOR THE COUNTY OF STANISLAUS

16

17 JOSEPH JOSHUA DAVIS, PENNY          ) Case No. 2011900
   SCHOONOVER, LEON GIBSON, DUSTIN     )
18 WAYNE HAGENS, RAYMOND               ) **DEFENDANT COMCAST CABLE**
   AGUNDEZ, and RAFAEL BARAJAS, JR.    ) **COMMUNICATIONS MANAGEMENT**
19                                     ) **LLC'S ANSWER TO SECOND**
              Plaintiffs,              ) **AMENDED COMPLAINT**
20                                     )
        v.                            )
21                                     )
   COMCAST CORPORATION, a Pennsylvania )
22 Corporation; COMCAST OF CONTRA      )
   COSTA, INC., a Washington Corporation; and )
23 DOES 1 through 50, Inclusive,       )
                                       )
24            Defendants.              )
                                       )
25 _____)

26     Defendant Comcast Cable Communications Management, LLC (erroneously sued herein

27 as "Comcast Corporation" and "Comcast of Contra Costa, Inc.") (hereinafter, "Defendant") by and

28                                          -1-
   ─────────────────────────────────────────────────────────

FILED

2015 SEP 10  PM 12: 03

CLERK OF THE SUPERIOR COURT
COUNTY OF STANISLAUS
BY YVETTE HORTA
                    DEPUTY

FILED BY FAX

through its attorneys of record, hereby answers the Complaint ("Complaint") of Plaintiffs Joseph

Joshua Davis, Penny Schoonover, Leon Gibson, Dustin Wayne Hagens, Raymond Agundez,

Rafael Barajas, Jr. ("Plaintiffs") as follows:

## GENERAL DENIAL

Pursuant to California Code of Civil Procedure Section 431.30(d), Defendant denies, generally and specifically, that Plaintiffs have been damaged in the manner or sums alleged in the Complaint, or in any way at all, by reason of any acts or omissions of Defendant.

In further answer to the Complaint in the above-captioned case, and as separate and additional defenses to the Complaint and to each cause of action therein, Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, and the purported claims and causes of action contained therein, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, and each purposed cause of action contained therein, is barred in whole or in part by the doctrine of waiver.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, and each purposed cause of action contained therein, is barred in whole or in part by the doctrine of estoppel.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, and each purposed cause of action contained therein, is barred in whole or in part by the doctrine of consent.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs have been guilty of laches and unreasonable delay in bringing this action and in otherwise pursuing the claims alleged, in that he or she knew or should have known that delay in pressing this matter would deprive Defendant of the opportunity to take such actions as Plaintiffs now claim are required, if such actions are required at all; and further, Plaintiffs knew or should

1  have known that her or his delay would make it more difficult for Defendant to defend this

2  litigation as witnesses become unavailable and memories of witnesses dim.

3  **SIXTH AFFIRMATIVE DEFENSE**

4  By virtue of their conduct, Plaintiffs come to this action with unclean hands.

5  **SEVENTH AFFIRMATIVE DEFENSE**

6  Plaintiffs' Complaint, and each purposed cause of action contained therein, is barred by

7  the applicable statutes of limitations, including but not limited to California Code of Civil

8  Procedure §§ 338, 339, 340, and California Business and Professions Code § 17208.

9  **EIGHTH AFFIRMATIVE DEFENSE**

10  Plaintiffs' Complaint, and each purposed cause of action contained therein, is barred in

11  whole or in part, by the doctrine of collateral estoppel.

12  **ADDITIONAL DEFENSE**

13  Defendant presently has insufficient knowledge or information upon which to form a

14  belief whether there may be additional, as yet unstated, defenses and reserves the right to assert

15  additional defenses in the event that discovery indicates that such defenses are appropriate.

16  WHEREFORE, Defendant prays for judgment as follows:

17  1.      That Plaintiffs take nothing by way of their Complaint;

18  2.      That judgment be entered in favor of Defendant and against Plaintiffs and that

19  Plaintiffs' action be dismissed in its entirety with prejudice;

20  3.      For costs incurred herein;

21  4.      For reasonable attorneys' fees incurred herein; and

22  5.      For such other and further relief as the Court may deem just and proper.

23  DATED:  September 10, 2015          VALDEZ TODD & DOYLE LLP

24

25  By: _____
                    Troy A. Valdez

26

27  Attorneys for Defendant
    COMCAST CABLE COMMUNICATIONS
    MANAGEMENT, LLC

28
-3-

1

**PROOF OF SERVICE**
*Joseph Joshua Davis, et al. v. Comcast Corporation, et al.*
*Case No. 2011900*

2

3          The undersigned declares that:

4          I am employed in the County of Alameda, State of California.  I am over the age of 18 and

5     not a party to this action.  My business address is Valdez Todd & Doyle LLP, 1901 Harrison

6     Street, Suite 1450, Oakland, CA  94612.

7          On the date set forth below, I served the following documents:

8

**COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC'S
ANSWER TO SECOND AMENDED COMPLAINT**

9

10

11    on the parties in the subject action by placing a true copy thereof as indicated below, addressed

as follows:

12

13          Matthew Righetti
            John Glugoski
14          RIGHETTI GLUGOSKI, P.C.
            456 Montgomery Street, Suite 1400
15          San Francisco, CA  94104

16

17    ☒      **By U.S. Mail:**  I am familiar with our business practices for collecting and processing of
            mail for the United States Postal Service.  Mail placed by me within the office for
18          collection for the United States Postal Service would normally be deposited with the
            United States Postal Services that day in the ordinary course of business.  The
19          envelope(s) bearing the address(es) above was sealed and placed for collection and
            mailing on the date below following our ordinary business practices.

20

21

22          I declare under penalty of perjury under the laws of the State of California that the
      foregoing is true and correct.

23

24    Dated:  September 10, 2015          _____

25                                              Mia M. LeBron

26

27

28

**EXHIBIT K to NOTICE OF REMOVAL**

1   FRED W. ALVAREZ, State Bar No. 68115
    ALLISON B. MOSER, State Bar No. 223065
2   EMILIE O. REESLUND State Bar No. 294204
    JONES DAY
3   Silicon Valley Office
    1755 Embarcadero Rd.
4   Palo Alto, CA 94303
    Telephone: (650) 739-3939
5   Facsimile: (650) 739-3900
    Email: falvarez@jonesday.com
6   Email: amoser@jonesday.com
    Email: ereeslund@jonesday.com
7
    TROY A. VALDEZ, State Bar No. 191478
8   ERIN M. DOYLE, State Bar No. 233113
    VALDEZ TODD & DOYLE LLP
9   1901 Harrison Street, Suite 1450
    Oakland, California 94612
10  Telephone: (415) 202-5950
    Facsimile: (415) 202-5951
11  Email: tvaldez@vtdlaw.com
    Email: edoyle@vtdlaw.com
12
    Attorneys for Defendants
13  COMCAST CABLE COMMUNICATIONS
    MANAGEMENT, LLC, erroneously sued as
14  COMCAST CORPORATION and
    COMCAST OF CONTRA COSTA, INC.
15

16                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

17                        FOR THE COUNTY OF STANISLAUS

18

| | |
|---|---|
| 19  JOSEPH JOSHUA DAVIS, PENNY SCHOONOVER, LEON GIBSON, | CASE NO. 2011900 |
| 20  DUSTIN WAYNE HAGENS, RAYMOND AGUNDEZ, RAFAEL BARAJAS, JR., | Assigned for all purposes, including Trial to Judge William A. Mayhew Dept. 21 |
| 21                      Plaintiffs, | |
| 22          v. | **NOTICE OF ENTRY OF MINUTE ORDER** |
| 23  COMCAST CORPORATION, a Pennsylvania Corporation; COMCAST OF | |
| 24  CONTRA COSTA, INC., a Washington Corporation; and DOES 1 through 50, | Complaint filed October 27, 2014 Second Amended Complaint filed April 9, 2015 |
| 25  Inclusive, | |
| 26          Defendants. | FILED BY FAX |

27

28

NOTICE OF ENTRY OF MINUTE ORDER - CASE NO. 2011900

1         PLEASE TAKE NOTICE that on July 16, 2015, the Court entered the attached Minute

2    Order.  The Minute Order is attached hereto as Exhibit 1.

3    Dated: September 10, 2015          JONES DAY

4

5                     By: _____

6                       Fred W. Alvarez
                   Allison B. Moser

7                       Emilie O. Reeslund

8                     Attorney for Defendants
                 COMCAST CORPORATION and

9                     COMCAST OF CONTRA COSTA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1



SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS

| JOSEPH DAVIS, et al. | vs. | COMCAST CORPORATION, et al. |
|---|---|---|
| Plaintiff | | Defendants |

**NATURE OF HEARING:** Defendant COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S Motion to Strike Portions of the Second Amended Complaint.

Case No.: 2011900

| JUDGE: WILLIAM A. MAYHEW | Bailiff: M. Emig | Date: July 16, 2015 |
|---|---|---|
| Clerk: J. Crawford | Reporter: None | Modesto, Calif. |

Appearances:

None.


**IT IS HEREBY ORDERED,**

The Court confirmed its tentative ruling as follows:

Defendant's Motion to Strike Portions of the Second Amended Complaint is **GRANTED in part and DENIED in part as follows:** The following are **STRICKEN** from the Second Amended Complaint - Paragraph 4, page 2, line 8 - "policies" ; Paragraph 5, page 2, line 20 - "policies"; Paragraph 8, page 3, line 13 - "policies"; Paragraph 21, page 7, lines 27-28 "… had a uniform policy and practice of …"; Paragraph 24, page 8, lines 23-24 - " … and the uniform policy of being "on duty" at all times …"; Paragraph 25, page 8, lines 26-26 - "… and the uniform policy of being "on duty" at all times …"; Paragraph 31 - in its entirety; Paragraph 35, page 10, line 20 - "…and uniform administration of corporate policy …"; Paragraph 46, page 12, line 12 - "This policy of…"; Paragraph 51, page 13, line 11 - "… and uniform administration of corporate policy …"; Paragraph 55, page 14, line 12 - "policies"; and Paragraph 59, page 15, line 2 - "…and uniform administration of corporate policy …". The motion to strike is granted with reference to the noted language because the Court finds, specifically, that references to a "company-wide policy" are precluded by the Court's decision decertifying the class, as upheld on appeal, in *Fayerweather v. Comcast*, Contra Costa County Superior Court, Case No. MSC-08-01470. However, in all respects other than as noted above, the motion to strike is **DENIED.** The Court's denial of the motion to strike on the issue of equitable tolling is without prejudice to revisiting the application of the doctrine if facts emerge demonstrating that tolling would not be equitable under the specific circumstances of Plaintiffs' case here.

---

MINUTE ORDER

**PROOF OF SERVICE**

I, Margarita M. Lopez, declare:

I am a citizen of the United States and employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California  94303.  On September 10, 2015, I served a copy of the within document(s):

**NOTICE OF ENTRY OF MINUTE ORDER**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA  94104

*Attorneys for Plaintiffs*

Jennifer Kramer
JENNIFER KRAMER LEGAL, APC
453 S. Spring St., Ste. 1000
Los Angeles, CA  90013
Phone: (213) 955-0200
Fax: (213) 226-4358
Email: jennifer@laborlex.com

Arlo Garcia Uriarte (SBN 231764)
LIBERATION LAW GROUP
2760 Mission Street
San Francisco, CA  94110

Email: arlo@liberationlawgroup.com
Telephone:  415.695.1000
Facsimile:  415.695.1006

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 10, 2015, at Palo Alto, California.

_____
Margarita M. Lopez

NAI-1500526479v1

2

**PROOF OF SERVICE - CASE NO. 2011900**

**EXHIBIT L to NOTICE OF REMOVAL**

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

FRED W. ALVAREZ State Bar No. 68115
ALLISON B. MOSER State Bar No. 223065
JONES DAY - Silicon Valley 1755 Embarcadero Road, Palo Alto, CA 94303

TELEPHONE NO.: (650) 739-3939    FAX NO. *(Optional)* (650) 739-3900
E-MAIL ADDRESS *(Optional):* flavarez@jonesday.com; amoser@jonesday.com
ATTORNEY FOR *(Name):* Defendants Comcast Cable Communications Mgmt et al.

FILED
2015 AUG 19 PM 1:48
CLERK OF THE SUPERIOR COURT
COUNTY OF STANISLAUS
BY:
GUADALUPE REYNOSO

SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS
STREET ADDRESS: 801 10th Street
MAILING ADDRESS: same as above
CITY AND ZIP CODE: Modesto CA 95354
BRANCH NAME: Modesto - City Towers (Civil)

PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al.

DEFENDANT/RESPONDENT: COMCAST CABLE COMMUNICATIONS, et al.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):* ☑ **UNLIMITED CASE** (Amount demanded exceeds $25,000) ☐ **LIMITED CASE** (Amount demanded is $25,000 or less) | 2011900 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: September 8, 2015    Time: 3:00 PM    Dept.: 21    Div.:    Room:

Address of court *(if different from the address above):*

☐ Notice of Intent to Appear by Telephone, by *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☑ This statement is submitted by party *(name):* Defendant Comcast Cable Communications Management, LLC
   b. ☐ This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*
      (3) ☐ have had a default entered against them *(specify names):*
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in ☑ complaint ☐ cross-complaint *(Describe, including causes of action):*
      Plaintiffs filed a lawsuit with causes of action for failure to pay wages, breach of implied contract, denial of meal and rest periods, failure to provide accurate, itemized wage statements and unfair business practices.

FILED BY FAX

Page 1 of 5

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

**CM-110**

| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMCAST CABLE COMMUNICATIONS, et al. | 2011900 |

4. b.　Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

　　　Plaintiffs filed a wage and hour case for failure to pay wages, breach of implied contract, denial of meal and rest periods, failure to provide accurate, itemized wage statements and unfair business practices. Plaintiffs' lawsuit alleges virtually identical causes of action to those previously litigated in the class decertification proceedings before the Contra Costa Superior Court in Fayerweather v. Comcast, Docket No. CIVMSC08-01470.

　　　☐　*(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.　**Jury or nonjury trial**
　　The party or parties request ☐ a jury trial. ☑ a nonjury trial.　*(If more than one party, provide the name of each party requesting a jury trial):*

6.　**Trial date**
　　a.　☐ The trial has been set for *(date):*
　　b.　☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

　　c.　Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.　**Estimated length of trial**
　　The party or parties estimate that the trial will take *(check one):*
　　a.　☑ days *(specify number):* 8 days
　　b.　☐ hours (short causes) *(specify):*

8.　**Trial representation** *(to be answered for each party)*
　　The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
　　a.　Attorney:
　　b.　Firm:
　　c.　Address:
　　d.　Telephone number:　　　　　　　　　　f.　Fax number:
　　e.　E-mail address:　　　　　　　　　　　　g.　Party represented:
　　☑ Additional representation is described in Attachment 8.

9.　**Preference**
　　☐ This case is entitled to preference *(specify code section):*

10.　**Alternative dispute resolution (ADR)**
　　a.　**ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
　　　(1)　For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
　　　(2)　For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.
　　b.　**Referral to judicial arbitration or civil action mediation** (if available).
　　　(1)　☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
　　　(2)　☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
　　　(3)　☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMCAST CABLE COMMUNICATIONS, et al. | 2011900 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in (check all that apply and provide the specified information):

|  | The party or parties completing this form **are willing** to participate in the following ADR processes (check all that apply): | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes (attach a copy of the parties' ADR stipulation): |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for (date):<br>☐ Agreed to complete mediation by (date):<br>☐ Mediation completed on (date): |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for (date):<br>☐ Agreed to complete settlement conference by (date):<br>☐ Settlement conference completed on (date): |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for (date):<br>☐ Agreed to complete neutral evaluation by (date):<br>☐ Neutral evaluation completed on (date): |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for (date):<br>☐ Agreed to complete judicial arbitration by (date):<br>☐ Judicial arbitration completed on (date): |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for (date):<br>☐ Agreed to complete private arbitration by (date):<br>☐ Private arbitration completed on (date): |
| (6) Other (specify): | ☑ | ☑ ADR session not yet scheduled<br>☐ ADR session scheduled for (date):<br>☐ Agreed to complete ADR session by (date):<br>☐ ADR completed on (date): |

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMCAST CABLE COMMUNICATIONS, et al. | 2011900 |

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes  ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy  ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

    ☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to  ☐ consolidate  ☐ coordinate  will be filed by *(name party):*

**14. Bifurcation**

☑ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*
Defendant anticipates that it may file a bifurcation motion bifurcating damages from liability.

**15. Other motions**

☑ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
Defendant filed a Motion to Strike in response to the Complaint. Defendant may file a Motion for Summary Judgment and other pre-trial motions.

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Defendants | Request for Production of Documents | December 2015 |
| Defendants | Requests for Admission | December 2015 |
| Defendants | Special Interrogatories | December 2015 |
| Defendants | Plaintiffs' depositions | December 2015 |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

CM-110

| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMCAST CABLE COMMUNICATIONS, et al. | 2011900 |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20.** Total number of pages attached *(if any):*      1

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: August 19, 2015

ALLISON B. MOSER
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**ATTACHMENT 8**

Additional Trial Counsel in this matter will be:

TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
VALDEZ TODD & DOYLE LLP
1901 Harrison Street, Suite 1450
Oakland, California 94612
Telephone:  (415) 202-5950
Facsimile:  (415) 202-5951
Email: tvaldez@vtdlaw.com
Email: edoyle@vtdlaw.com

Attorneys for Defendants
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, erroneously sued as
COMCAST CORPORATION and
COMCAST OF CONTRA COSTA, INC.

1

## PROOF OF SERVICE

2      I, Margarita M. Lopez, declare:

3      I am a citizen of the United States and employed in Santa Clara County, California.  I am

4  over the age of eighteen years and not a party to the within-entitled action.  My business address

5  is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California  94303.  On August 19,

6  2015, I served a copy of the within document(s):

7          • **CASE MANAGEMENT STATEMENT**

8   ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
9         forth below on this date before 5:00 p.m.

10  ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
         fully prepaid, in the United States mail at Palo Alto, California addressed as set
11        forth below.

12  ☐    by placing the document(s) listed above in a sealed UPS envelope and affixing a
         pre-paid air bill, and causing the envelope to be delivered to a UPS agent for
13        delivery.

14  ☐    by personally delivering the document(s) listed above to the person(s) at the
15        address(es) set forth below.

16  ☐    by transmitting via e-mail or electronic transmission the document(s) listed above
         to the person(s) at the e-mail address(es) set forth below.
17

18   Matthew Righetti (SBN 121012)        Jennifer Kramer
     John Glugoski (SBN 191551)           JENNIFER KRAMER LEGAL, APC
19   RIGHETTI GLUGOSKI, P.C.              453 S. Spring St., Ste. 1000
     456 Montgomery Street, Suite 1400    Los Angeles, CA  90013
20   San Francisco, CA  94104             Phone: (213) 955-0200
                                          Fax: (213) 226-4358
21   *Attorneys for Plaintiffs*           Email: jennifer@laborlex.com

22
                                          Arlo Garcia Uriarte (SBN 231764)
23                                        LIBERATION LAW GROUP
                                          2760 Mission Street
24                                        San Francisco, CA  94110

25                                        Email: arlo@liberationlawgroup.com
                                          Telephone:  415.695.1000
26                                        Facsimile:  415.695.1006

27

28

---

**PROOF OF SERVICE - CASE NO. 2011900**

1        I am readily familiar with the firm's practice of collection and processing correspondence

2    for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

3    day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

4    motion of the party served, service is presumed invalid if postal cancellation date or postage

5    meter date is more than one day after date of deposit for mailing an affidavit.

6        I declare under penalty of perjury under the laws of the State of California that the above

7    is true and correct.

8        Executed on August 19, 2015, at Palo Alto, California.

9

10    _____

11                    Margarita M. Lopez

NAI-700156781v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE - CASE NO. 2011900**

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| FRED W. ALVAREZ State Bar No. 68115<br>ALLISON B. MOSER State Bar No. 223065<br>JONES DAY - Silicon Valley 1755 Embarcadero Road, Palo Alto, CA 94303<br>TELEPHONE NO.: (650) 739-3939    FAX NO. *(Optional)*: (650) 739-3900<br>E-MAIL ADDRESS *(Optional)*: flavarez@jonesday.com; amoser@jonesday.com<br>ATTORNEY FOR *(Name)*: Defendants Comcast Cable Communications Mgmt et al. | 2015 FEB 13  AM 10: 09<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF STANISLAUS<br>BY<br>EVA REYES  DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS
STREET ADDRESS: 801 10th Street
MAILING ADDRESS: same as above
CITY AND ZIP CODE: Modesto CA 95354
BRANCH NAME: Modesto - City Towers (Civil)

PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al.

DEFENDANT/RESPONDENT: COMCAST CABLE COMMUNICATIONS, et al.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):* ✓ UNLIMITED CASE<br>(Amount demanded<br>exceeds $25,000)  ☐ LIMITED CASE<br>(Amount demanded is $25,000<br>or less) | 2011900 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: March 2, 2015    Time: 3:00 PM    Dept.: 21    Div.:    Room:

Address of court *(if different from the address above)*:

☐ Notice of Intent to Appear by Telephone, by *(name)*:

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** *(answer one)*:
   a. ✓ This statement is submitted by party *(name)*: Defendant Comcast Cable Communications Management, LLC
   b. ☐ This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ The complaint was filed on *(date)*:
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

FILED BY FAX

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not)*:
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) ☐ have had a default entered against them *(specify names)*:
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:

4. **Description of case**
   a. Type of case in ✓ complaint  ☐ cross-complaint    *(Describe, including causes of action)*:
      Plaintiffs filed a lawsuit with causes of action for failure to pay wages, breach of implied contract, denial of meal and rest periods, failure to provide accurate, itemized wage statements and unfair business practices.

CM-110

| | |
|---|---|
| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al.<br>DEFENDANT/RESPONDENT: COMCAST CABLE COMMUNICATIONS, et al. | CASE NUMBER:<br>2011900 |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiffs filed a wage and hour case for failure to pay wages, breach of implied contract, denial of meal and rest periods, failure to provide accurate, itemized wage statements and unfair business practices. Plaintiffs' lawsuit alleges virtually identical causes of action to those previously litigated in the class decertification proceedings before the Contra Costa Superior Court in Fayerweather v. Comcast, Docket No. CIVMSC08-01470.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**

The party or parties request ☑ a jury trial ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**

a.  ☐ The trial has been set for *(date):*

b.  ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**

The party or parties estimate that the trial will take *(check one):*

a.  ☑ days *(specify number):* 12 days

b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*

The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:

a.  Attorney:

b.  Firm:

c.  Address:

d.  Telephone number:

e.  E-mail address:

f.  Fax number:

g.  Party represented:

☑ Additional representation is described in Attachment 8.

9.  **Preference**

☐ This case is entitled to preference *(specify code section):*

10.  **Alternative dispute resolution (ADR)**

a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.

(1)  For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

(2)  For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.

b.  **Referral to judicial arbitration or civil action mediation** (if available).

(1)  ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

(2)  ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

(3)  ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMCAST CABLE COMMUNICATIONS, et al. | 2011900 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☑ | ☑ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

**CASE MANAGEMENT STATEMENT**

**CM-110**

| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMCAST CABLE COMMUNICATIONS, et al. | 2011900 |

**11. Insurance**
    a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
    b. Reservation of rights: ☐ Yes ☐ No
    c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
    ☐ Bankruptcy ☐ Other *(specify):*
Status:

**13. Related cases, consolidation, and coordination**
    a. ☐ There are companion, underlying, or related cases.
        (1) Name of case:
        (2) Name of court:
        (3) Case number:
        (4) Status:
        ☐ Additional cases are described in Attachment 13a.
    b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**
    ☑ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*
    Defendant anticipates that it may file a bifurcation motion bifurcating damages from liability.

**15. Other motions**
    ☑ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
    Defendant filed a Motion to Strike in response to the Complaint. Defendant may file a Motion for Summary Judgment and other pre-trial motions.

**16. Discovery**
    a. ☐ The party or parties have completed all discovery.
    b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Defendants | Request for Production of Documents | March 2015 |
| Defendants | Requests for Admission | March 2015 |
| Defendants | Special Interrogatories | March 2015 |
| Defendants | Plaintiffs' depositions | May 2015 |

    c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CM-110**

| PLAINTIFF/PETITIONER: | JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | COMCAST CABLE COMMUNICATIONS, et al. | 2011900 |

**17. Economic litigation**

    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

    a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20.** Total number of pages attached *(if any):*    1

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: February 12, 2015

ALLISON B. MOSER
_____
(TYPE OR PRINT NAME)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**CASE MANAGEMENT STATEMENT**

## ATTACHMENT 8

Additional Trial Counsel in this matter will be:

TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
VALDEZ TODD & DOYLE LLP
1901 Harrison Street, Suite 1450
Oakland, California 94612
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: tvaldez@vtdlaw.com
Email: edoyle@vtdlaw.com

Attorneys for Defendants
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, erroneously sued as
COMCAST CORPORATION and
COMCAST OF CONTRA COSTA, INC.

**PROOF OF SERVICE**

I, Margarita M. Lopez, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. On February 12, 2015, I served a copy of the within document(s):

**CASE MANAGEMENT STATEMENT**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a          agent for delivery.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Matthew Righetti (SBN 121012)
John Glugoski (SBN 191551)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104

*Attorneys for Plaintiffs*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

1    Executed on February 12, 2015, at Palo Alto, California.

2

3

4                                                        Margarita M. Lopez

5    SVI-700156729v1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**EXHIBIT M to NOTICE OF REMOVAL**

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Matthew Righetti {121012} John Glugoski {191551} Michael Righetti {258541} RIGHETTI GLUGOSKI, P.C. 456 Montgomery Street, Suite 1400, San Francisco, CA 94104 TELEPHONE NO.: 415-983-0900    FAX NO. *(Optional):* 415-397-9005 E-MAIL ADDRESS *(Optional):* jglugoski@righettilaw.com ATTORNEY FOR *(Name):* Plaintiffs, Joseph Joshua Davis, et al. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Stanislaus
STREET ADDRESS: 801 10th Street, 6th Floor
MAILING ADDRESS: 801 10th Street, 4th Floor
CITY AND ZIP CODE: Modesto, CA 95354
BRANCH NAME: City Towers

PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al.

DEFENDANT/RESPONDENT: COMCAST CORPORATION, et al.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):* [✓] **UNLIMITED CASE** (Amount demanded exceeds $25,000)    [ ] **LIMITED CASE** (Amount demanded is $25,000 or less) | 2011900 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: September 8, 2015    Time: 3:00 p.m.    Dept.: 21    Div.:    Room:

Address of court *(if different from the address above):*

[ ] Notice of Intent to Appear by Telephone, by *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. [✓] This statement is submitted by party *(name):* Plaintiffs, Joseph Joshua Davis, et al.
   b. [ ] This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):* October 27, 2014
   b. [ ] The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [✓] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not):*
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names):*
      (3) [ ] have had a default entered against them *(specify names):*
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in [✓] complaint    [ ] cross-complaint    *(Describe, including causes of action):*
      Plaintiffs allege that Defendant owes them unpaid overtime, wages for missed meal/rest breaks, waiting time penalties, statutory penalties and attorneys fees and costs.

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMCAST CORPORATION, et al. | 2011900 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiffs seek damages, penalties and attorneys' fees due to Defendant's alleged failure to pay overtime, off-duty meal periods and alleged failure to authorize and permit rest breaks as required by California law. Therefore, Plaintiffs claim that they are entitled to premium pay for missed meal and rest breaks, statutory penalties, and attorneys' fees and costs.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☐ a jury trial ☑ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
a. ☐ The trial has been set for *(date):*
b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
Defense has not yet filed an Answer to the Second Amended Complaint
c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
1/11/2016 Tulare trial; 2/16/2016 San Mateo trial; 3/21/2016 Tuolumne trial; 3/22/2016 Sutter trial; 7/1/2016 Alameda trial; 7/18/2016 Fresno trial

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a. ☑ days *(specify number):* 7-10
b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☑ by the following:
a. Attorney: Arlo Garcia Uriarte
b. Firm: Liberation Law Group, P.C.
c. Address: 2760 Mission Street, San Francisco, CA 94110
d. Telephone number: 415-695-1000
e. E-mail address: arlo@liberationlawgroup.com
☑ Additional representation is described in Attachment 8.
f. Fax number: 415-695-1006
g. Party represented: Plaintiffs

9. **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
(1) For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.
b. **Referral to judicial arbitration or civil action mediation** (if available).
(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMCAST CORPORATION, et al. | 2011900 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in (check all that apply and provide the specified information):

| | The party or parties completing this form **are willing** to participate in the following ADR processes (check all that apply): | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes (attach a copy of the parties' ADR stipulation): |
|---|---|---|
| (1) Mediation | ☑ | ☑ Mediation session not yet scheduled<br>☐ Mediation session scheduled for (date):<br>☐ Agreed to complete mediation by (date):<br>☐ Mediation completed on (date): |
| (2) Settlement conference | ☑ | ☑ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for (date):<br>☐ Agreed to complete settlement conference by (date):<br>☐ Settlement conference completed on (date): |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for (date):<br>☐ Agreed to complete neutral evaluation by (date):<br>☐ Neutral evaluation completed on (date): |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for (date):<br>☐ Agreed to complete judicial arbitration by (date):<br>☐ Judicial arbitration completed on (date): |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for (date):<br>☐ Agreed to complete private arbitration by (date):<br>☐ Private arbitration completed on (date): |
| (6) Other (specify): | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for (date):<br>☐ Agreed to complete ADR session by (date):<br>☐ ADR completed on (date): |

CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMCAST CORPORATION, et al. | 2011900 |

**11. Insurance**
   a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
   b. Reservation of rights: ☐ Yes ☐ No
   c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**
   Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
   ☐ Bankruptcy ☐ Other *(specify):*
   Status:

**13. Related cases, consolidation, and coordination**
   a. ☐ There are companion, underlying, or related cases.
       (1) Name of case:
       (2) Name of court:
       (3) Case number:
       (4) Status:
     ☐ Additional cases are described in Attachment 13a.
   b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**
   ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**
   ☑ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
   Defendant's filed their Motion to Strike Portions of the Complaint.

**16. Discovery**
   a. ☐ The party or parties have completed all discovery.
   b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Plaintiff | PMK Depositions | ongoing |
| Plaintiff | Interrogatories | March 2016 |
| Plaintiff | Inspection Demand | March 2016 |
| Plaintiff | Requests for Admission | March 2016 |
| Plaintiff | Deposition of Plaintiff | ongoing |

   c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

CM-110

| PLAINTIFF/PETITIONER: | JOSEPH JOSHUA DAVIS, et al. |
|---|---|
| DEFENDANT/RESPONDENT: | COMCAST CORPORATION, et al. |

CASE NUMBER:
2011900

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20.** Total number of pages attached *(if any):*   1

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: August 20, 2015

John Glugoski
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

## Attachment 8

a)    Jennifer Kramer
b)    Jennifer Kramer Legal, APC
c)    453 S Spring St. Ste. 1000, Los Angeles, CA 90013
d)    213-955-0200
e)    jennifer@laborex.com
f)     213-226-4358
g)    Plaintiffs

1    **Matthew Righetti, SBN 121012**
2    **John Glugoski, SBN 191551**
     **RIGHETTI GLUGOSKI, P.C.**
3    456 Montgomery Street, Suite 1400
     San Francisco, CA 94104
4    Telephone: (415) 983-0900
     Facsimile: (415) 397-9005
5

6

7                  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                        **FOR THE COUNTY OF STANISLAUS**

9

10   JOSEPH    JOSHUA    DAVIS,    PENNY        **Case No.: 2011900**
11   SCHOONOVER, LEON GIBSON, DUSTIN
     WAYNE HAGENS, RAYMOND AGUNDEZ,            **PROOF OF SERVICE**
12   RAFAEL BARAJAS, JR.
13
                  Plaintiffs,
14
15              vs.

16   COMCAST CORPORATION, a Pennsylvania
     Corporation; COMCAST OF CONTRA
17   COSTA, INC., a Washington Corporation; and
     DOES 1 through 50, Inclusive,
18
19                Defendants.

20

21

22

23

24

25

26

27

28

                                          1
─────────────────────────────────────────────────────────────

1

2

3

## **PROOF OF SERVICE**

STATE OF CALIFORNIA

4       I am employed in the County of San Francisco, State of California. I am over the age of
5   18 and not a party to the action. My business address is Righetti Glugoski, P.C., 456
    Montgomery Street, Suite 1400, San Francisco, California, 94104.

6

7       On Thursday, August 20, 2015 I served the foregoing document described as:

8       • **PLAINTIFFS' CASE MANAGEMENT STATEMENT**

9   on the interested parties by administering a true copy either by facsimile or in sealed envelopes
    addressed as follows:

10

11  **Troy A. Valdez**
    **VALDEZ TODD & DOYLE LLP**
12  1901 Harrison Street, Suite 1450
    Oakland, CA 94612

13

14  **Fred W. Alvarez**
    **Allison B. Moser**
15  **JONES DAY**
    1755 Embarcadero Road
16  Palo Alto, CA 94303

17

18  ( X )   **VIA U.S. MAIL:**
            I am readily familiar with the firm's practice of collection and processing of
19          correspondence for mailing. Under that practice such envelopes would be deposited with
            the U.S. postal service on Thursday, August 20, 2015 with postage thereon fully prepaid,
20          at San Francisco, California.

21

22      I declare under penalty of perjury under the laws of the State of California that the above
    is true and correct and was executed on Thursday, August 20, 2015, at San Francisco, California.

23

24                                                      _Kelly Karpenske_

25                                                      Kelly Karpenske

26

27

28

**PROOF OF SERVICE**

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Matthew Righetti {121012} John Glugoski {191551} Michael Righetti {258541}
RIGHETTI GLUGOSKI, P.C.

456 Montgomery Street, Suite 1400, San Francisco, CA 94104

TELEPHONE NO.: 415-983-0900     FAX NO. *(Optional):* 415-397-9005
E-MAIL ADDRESS *(Optional):* jglugoski@righettilaw.com
ATTORNEY FOR *(Name)*: Plaintiffs, Joseph Joshua Davis, et al.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Stanislaus
STREET ADDRESS: 801 10th Street, 6th Floor
MAILING ADDRESS: 801 10th Street, 4th Floor
CITY AND ZIP CODE: Modesto, CA 95354
BRANCH NAME: City Towers

PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al.

DEFENDANT/RESPONDENT: COMCAST CORPORATION, et al.

| CASE MANAGEMENT STATEMENT | | CASE NUMBER: |
|---|---|---|
| *(Check one):*  [✓] **UNLIMITED CASE** (Amount demanded exceeds $25,000) | [ ] **LIMITED CASE** (Amount demanded is $25,000 or less) | 2011900 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: March 2, 2015     Time: 3:00 p.m.     Dept.: 21     Div.:     Room:

Address of court *(if different from the address above):*

[ ]  **Notice of Intent to Appear by Telephone,** by *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. [✓] This statement is submitted by party *(name):*  Plaintiffs, Joseph Joshua Davis, et al.
   b. [ ] This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):* October 27, 2014
   b. [ ] The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [✓] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
       (1) [ ]  have not been served *(specify names and explain why not):*
       (2) [ ]  have been served but have not appeared and have not been dismissed *(specify names):*
       (3) [ ]  have had a default entered against them *(specify names):*
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in  [✓]  complaint     [ ]  cross-complaint     *(Describe, including causes of action):*
       Plaintiffs allege that Defendant owes them unpaid overtime, wages for missed meal/rest breaks, waiting time penalties, statutory penalties and attorneys fees and costs.

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

CM-110

| PLAINTIFF/PETITIONER: JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMCAST CORPORATION, et al. | 2011900 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiffs seek damages, penalties and attorneys' fees due to Defendant's alleged failure to pay overtime, off-duty meal periods and alleged failure to authorize and permit rest breaks as required by California law. Therefore, Plaintiffs claim that they are entitled to premium pay for missed meal and rest breaks, statutory penalties, and attorneys' fees and costs.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☐ a jury trial. ☑ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
a. ☐ The trial has been set for *(date):*
b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a. ☑ days *(specify number):* 7-10
b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☑ by the following:
a. Attorney: Arlo Garcia Uriarte
b. Firm: Liberation Law Group, P.C.
c. Address: 2760 Mission Street, San Francisco, CA 94110
d. Telephone number: 415-695-1000          f. Fax number: 415-695-1006
e. E-mail address: arlo@liberationlawgroup.com          g. Party represented: Plaintiffs
☑ Additional representation is described in Attachment 8.

9. **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
(1) For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.

b. **Referral to judicial arbitration or civil action mediation** (if available).
(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

| | |
|---|---|
| PLAINTIFF/PETITIONER:  JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER:<br>2011900 |
| DEFENDANT/RESPONDENT:  COMCAST CORPORATION, et al. | |

10.  c.  Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☑ | ☑ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☑ | ☑ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4)  Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5)  Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

CM-110

| | | CASE NUMBER: |
|---|---|---|
| PLAINTIFF/PETITIONER: | JOSEPH JOSHUA DAVIS, et al. | 2011900 |
| DEFENDANT/RESPONDENT: | COMCAST CORPORATION, et al. | |

**11. Insurance**
    a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:
    b. Reservation of rights: ☐ Yes ☐ No
    c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

**12. Jurisdiction**
    Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
    ☐ Bankruptcy ☐ Other *(specify)*:
    Status:

**13. Related cases, consolidation, and coordination**
    a. ☐ There are companion, underlying, or related cases.
        (1) Name of case:
        (2) Name of court:
        (3) Case number:
        (4) Status:
        ☐ Additional cases are described in Attachment 13a.
    b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

**14. Bifurcation**
    ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

**15. Other motions**
    ☑ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:
    Defendant's filed their Motion to Strike Portions of the Complaint.

**16. Discovery**
    a. ☐ The party or parties have completed all discovery.
    b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Plaintiff | PMK Depositions | ongoing |
| Plaintiff | Interrogatories | March 2016 |
| Plaintiff | Inspection Demand | March 2016 |
| Plaintiff | Requests for Admission | March 2016 |
| Plaintiff | Deposition of Plaintiff | ongoing |

    c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify)*:

CM-110

| PLAINTIFF/PETITIONER: | JOSEPH JOSHUA DAVIS, et al. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | COMCAST CORPORATION, et al. | 2011900 |

**17. Economic litigation**

  a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

  b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

  ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

  a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

  b.   After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20.** Total number of pages attached *(if any):*   1

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: February 13, 2015

John Glugoski
_____
(TYPE OR PRINT NAME)

  ▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

  ▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**CASE MANAGEMENT STATEMENT**

**Attachment 8**

a)    Jennifer Kramer
b)    Jennifer Kramer Legal, APC
c)    453 S Spring St. Ste. 1000, Los Angeles, CA 90013
d)    213-955-0200
e)    jennifer@laborex.com
f)    213-226-4358
g)    Plaintiffs

1    **Matthew Righetti, SBN 121012**
     **John Glugoski, SBN 191551**
2    **RIGHETTI GLUGOSKI, P.C.**
     456 Montgomery Street, Suite 1400
3    San Francisco, CA 94104
     Telephone: (415) 983-0900
4    Facsimile: (415) 397-9005

5

6

7           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8               **FOR THE COUNTY OF STANISLAUS**

9

10

11    JOSEPH JOSHUA DAVIS, PENNY    **Case No.: 2011900**
     SCHOONOVER, LEON GIBSON, DUSTIN
12    WAYNE HAGENS, RAYMOND AGUNDEZ,    **PROOF OF SERVICE**
     RAFAEL BARAJAS, JR.

13            Plaintiffs,

14

15       vs.

16    COMCAST CORPORATION, a Pennsylvania
     Corporation; COMCAST OF CONTRA
17    COSTA, INC., a Washington Corporation; and
     DOES 1 through 50, Inclusive,
18

19           Defendants.

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

## PROOF OF SERVICE

### STATE OF CALIFORNIA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the action. My business address is Righetti Glugoski, P.C., 456 Montgomery Street, Suite 1400, San Francisco, California, 94104.

On Friday, February 13, 2015 I served the foregoing document described as:

- **CASE MANAGEMENT STATEMENT**

on the interested parties by administering a true copy either by facsimile or in sealed envelopes addressed as follows:

**Troy A. Valdez**
**VALDEZ TODD & DOYLE LLP**
1901 Harrison Street, Suite 1450
Oakland, CA 94612

**Fred W. Alvarez**
**Allison B. Moser**
**JONES DAY**
1755 Embarcadero Road
Palo Alto, CA 94303

( X )    **VIA U.S. MAIL:**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such envelopes would be deposited with the U.S. postal service on Friday, February 13, 2015 with postage thereon fully prepaid, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on Friday, February 13, 2015, at San Francisco, California.

Melissa Huston

PROOF OF SERVICE