FRED W. ALVAREZ, State Bar No. 68115
ALLISON B. MOSER, State Bar No. 223065
EMILIE O. REESLUND, State Bar No. 294204
JONES DAY
Silicon Valley Office
1755 Embarcadero Rd.
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: falvarez@jonesday.com
Email: amoser@jonesday.com
Email: ereeslund@jonesday.com

TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
STEPHEN L. TAEUSCH, State Bar No. 247708
VALDEZ LAW GROUP LLP
1901 Harrison Street, Suite 1450
Oakland, California 94612
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: tvaldez@valdezlawgroup.com
Email: edoyle@valdezlawgroup.com
Email: staeusch@valdezlawgroup.com

Attorneys for Defendants
COMCAST CORPORATION and
COMCAST OF CONTRA COSTA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOSHUA DAVIS, PENNY SCHOONOVER, LEON GIBSON, DUSTIN WAYNE HAGENS, RAYMOND AGUNDEZ, and RAFAEL BARAJAS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION, a Pennsylvania Corporation; COMCAST OF CONTRA COSTA, INC., a Washington Corporation; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. <br><br> **DECLARATION OF ELIZABETH CHERIAN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION** <br><br> Diversity Jurisdiction <br><br> [28 U.S.C. §§ 1332, 1441, 1446] |

1
DECLARATION OF ELIZABETH CHERIAN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION

I, Elizabeth Cherian, declare as follows:

1. I am employed as HR Systems Compliance Specialist for Defendant Comcast Cable Communications Management, LLC ("Comcast" or "Defendant") and work out of Comcast's Pennsylvania headquarters. I am familiar with Comcast's human resources department and its employment-related policies and procedures.

2. I make this Declaration of my own personal knowledge or knowledge that I obtained through my review of corporate records or other investigations regarding employee data relevant to the above-captioned matter, and if called upon to do so, I could and would competently testify as to the matters set forth herein.

3. Plaintiff Penny Schoonover, a former employee, was actively employed by Comcast as a Communication Technician from January 24, 2005 to June 17, 2010. Her rate of pay at the time of her termination was $26.59 per hour. Throughout her employment, Plaintiff Schoonover was paid on a bi-weekly basis.

4. Plaintiff Dustin Wayne Hagens, a former employee, was actively employed by Comcast as a Communication Technician from December 22, 2008 to October 2, 2011. His rate of pay at the time of his termination was $19.08 per hour. Throughout his employment, Plaintiff Hagens was paid on a bi-weekly basis.

5. Plaintiff Raymond Agundez, a former employee, was actively employed by Comcast as a Communication Technician from March 5, 2007 to March 16, 2012. His rate of pay at the time of his termination was $17.71 per hour. Throughout his employment, Plaintiff Agundez was paid on a bi-weekly basis.

6. Plaintiff Joseph Joshua Davis, a former employee, was actively employed by Comcast as a Communication Technician from March 19, 2007 to December 15, 2012. His rate of pay at the time of his termination was $18.30 per hour. Throughout his employment, Plaintiff Davis was paid on a bi-weekly basis.

7. Plaintiff Leon Gibson, a former employee, was actively employed by Comcast as a Communication Technician from November 15, 2004 to January 12, 2013. His rate of pay at the

time of his termination was $25.76 per hour. Throughout his employment, Plaintiff Gibson was paid on a bi-weekly basis.

8. Plaintiff Rafael Barajas, Jr., a current employee, has been actively employed by Comcast as a Communication Technician from December 20, 1999 to the present. His current rate of pay is $26.24 per hour. Throughout his employment, Plaintiff Barajas, Jr. has been paid on a bi-weekly basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of October, 2015, at Philadelphia, Pennsylvania.

_____
Elizabeth Cherian

3
DECLARATION OF ELIZABETH CHERIAN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION