FRED W. ALVAREZ, State Bar No. 68115
ALLISON B. MOSER, State Bar No. 223065
EMILIE O. REESLUND, State Bar No. 294204
JONES DAY
Silicon Valley Office
1755 Embarcadero Rd.
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: falvarez@jonesday.com
Email: amoser@jonesday.com
Email: ereeslund@jonesday.com

TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
STEPHEN L. TAEUSCH, State Bar No. 247708
VALDEZ LAW GROUP LLP
1901 Harrison Street, Suite 1450
Oakland, California 94612
Telephone:  (415) 202-5950
Facsimile:  (415) 202-5951
Email: tvaldez@valdezlawgroup.com
Email: edoyle@valdezlawgroup.com
Email: staeusch@valdezlawgroup.com

Attorneys for Defendants
COMCAST CORPORATION and
COMCAST OF CONTRA COSTA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOSHUA DAVIS, PENNY SCHOONOVER, LEON GIBSON, DUSTIN WAYNE HAGENS, RAYMOND AGUNDEZ, and RAFAEL BARAJAS, JR., <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION, a Pennsylvania Corporation; COMCAST OF CONTRA COSTA, INC., a Washington Corporation; and DOES 1 through 50, Inclusive, <br><br> Defendants. | CASE NO. _____ <br><br> **DECLARATION OF DEREK SQUIRE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION** <br><br> Diversity Jurisdiction <br><br> [28 U.S.C. §§ 1332, 1441, 1446] |

I, Derek Squire, declare as follows:

1.       I am a Vice President and Senior Deputy General Counsel for Comcast Corporation ("Comcast") and work out of Comcast's Pennsylvania headquarters. I have been employed by Comcast since 2004. Unless otherwise stated, all of the following facts are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation regarding the corporate legal structure of Comcast Corporation and the subsidiary thereof relevant to the above-captioned matter. If called as a witness, I could and would testify competently with respect thereto.

2.       As Vice President and Senior Deputy General Counsel, I am responsible for overseeing the Corporate Law Department paralegals, who maintain information on legal entities owned, directly or indirectly, by Comcast Corporation.

3.       Comcast Corporation is now, and was at the time this action was filed, incorporated and existing under and by virtue of the laws of the Commonwealth of Pennsylvania. Comcast Corporation's corporate headquarters are located in Philadelphia, Pennsylvania. The Philadelphia, Pennsylvania location serves as the office of Comcast Corporation's Chief Executive Officer and many other executives.

4.       Comcast of Contra Costa, Inc., up until it merged out of existence in December 2012, was incorporated and existing under and by virtue of the laws of the State of Washington. Comcast of Contra Costa, Inc.'s corporate headquarters, up until it merged out of existence in December 2012, were also located in Philadelphia, Pennsylvania. The Philadelphia, Pennsylvania location likewise served as the office of Comcast of Contra Costa, Inc.'s Chief Executive Officer and many other executives.

////

////

////

////

////

DECLARATION OF DEREK SQUIRE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION

1    I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct.

3    Executed this __24th__ day of September, 2015, at Philadelphia, Pennsylvania.

4

5                                Derek Squire

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DEREK SQUIRE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION