FRED W. ALVAREZ, State Bar No. 68115
ALLISON B. MOSER, State Bar No. 223065
EMILIE O. REESLUND, State Bar No. 294204
JONES DAY
Silicon Valley Office
1755 Embarcadero Rd.
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: falvarez@jonesday.com
Email: amoser@jonesday.com
Email: ereeslund@jonesday.com

TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
STEPHEN L. TAEUSCH, State Bar No. 247708
VALDEZ LAW GROUP LLP
1901 Harrison Street, Suite 1450
Oakland, California 94612
Telephone:  (415) 202-5950
Facsimile:  (415) 202-5951
Email: tvaldez@valdezlawgroup.com
Email: edoyle@valdezlawgroup.com
Email: staeusch@valdezlawgroup.com

Attorneys for Defendants
COMCAST CORPORATION and
COMCAST OF CONTRA COSTA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOSHUA DAVIS, PENNY SCHOONOVER, LEON GIBSON, DUSTIN WAYNE HAGENS, RAYMOND AGUNDEZ, and RAFAEL BARAJAS, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>COMCAST CORPORATION, a Pennsylvania Corporation; COMCAST OF CONTRA COSTA, INC., a Washington Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. _____<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>[FRCP 7.1]<br><br>Complaint filed  November 20, 2014 |

**RULE 7.1 DISCLOSURE STATEMENT - CASE NO.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Comcast Corporation and Comcast of Contra Costa, Inc. certify that Comcast Corporation is a publicly traded company that owns 100% of Comcast Cable Communications Management, LLC[1] and Comcast of Contra Costa, Inc. No publicly held corporation owns 10% or more of Comcast Corporation's stock.

Dated: October 14, 2015

VALDEZ LAW GROUP LLP

By: /s/ Troy A. Valdez
Troy A. Valdez

Attorney for Defendant
COMCAST CORPORATION and
COMCAST OF CONTRA COSTA, INC.

---

[1] Plaintiffs erroneously named Comcast Corporation and Comcast of Contra Costa, Inc. as the defendants. Plaintiffs are or were employed by Comcast Cable Communications Management, LLC.